Same case below, 612 F.3d 69.

**No. 10-8558. Jose Luis Rodriguez Martinez, Petitioner v. United States.**

563 U.S. 1023, 131 S. Ct. 2931, 180 L. Ed. 2d 228, 2011 U.S. LEXIS 4174.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 919.

**No. 10-8562. Leonicio Castaneda-Alfaro, Petitioner v. United States; and Isidro-Acosta v. United States.**

563 U.S. 1023, 131 S. Ct. 2931, 180 L. Ed. 2d 228, 2011 U.S. LEXIS 4111.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 400 Fed. Appx. 813 (first judgment); and 399 Fed. Appx. 25 (second judgment).

**No. 10-8732. Jackie R. Keeter, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 1023, 131 S. Ct. 2931, 180 L. Ed. 2d 228, 2011 U.S. LEXIS 4063.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8843. Timothy William Brown, Petitioner v. California.**

563 U.S. 1023, 131 S. Ct. 2931, 180 L. Ed. 2d 228, 2011 U.S. LEXIS 4135.

May 31, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 10-9644. Isaac Gaston, Petitioner v. Ben Curry, Warden.**

563 U.S. 1023, 131 S. Ct. 2933, 180 L. Ed. 2d 228, 2011 U.S. LEXIS 4028.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 144.

**No. 10-9662. Hector Sanabria, Petitioner v. Michelle R. Ricci, Associate Administrator, New Jersey State Prison, et al.**

563 U.S. 1023, 131 S. Ct. 2933, 180 L. Ed. 2d 228, 2011 U.S. LEXIS 4064.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9664. Dontae Lamar Smith, Petitioner v. Virginia.**

563 U.S. 1023, 131 S. Ct. 2933, 180 L. Ed. 2d 228, 2011 U.S. LEXIS 4163.

May 31, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-9665. James Darnell Scott, Petitioner v. Anthony Padula, et al.**

563 U.S. 1023, 131 S. Ct. 2933, 180 L. Ed. 2d 228, 2011 U.S. LEXIS 4072.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 423 Fed. Appx. 310.